UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIATECH TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE INC., <br><br> Defendant. | Civil Action No. 1:19-cv-11177-ADB <br><br> Hon. Allison D. Burroughs |

## DECLARATION OF MATTHEW MOFFA

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury under the laws of the United States of America, I declare that the following statements are true to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances:

1. I am counsel at the law firm Perkins Coie LLP and attorney of record for Adobe Inc.

2. Attached to this declaration as Exhibit A is a true and correct copy of the "PDF" version of the web page entitled "Gary Clapp | LinkedIn" located at https://www.linkedin.com/in/gary-clapp-10307890/ as it appeared when accessed on September 26, 2019.

Executed this 30th day of September, 2019, in New York, New York.

_/s/ Matthew J. Moffa_
Matthew J. Moffa